IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02349-REB-BNB

JESUS ZAPIEN,

Plaintiff,

v.

HOME DEPOT USA, INC.,

Defendant.

---

# ORDER

---

This matter arises on **Defendant Home Depot U.S.A., Inc.'s Motion to Compel Discovery Responses and Motion for Sanctions** [Doc. # 18, filed 4/30/2010] (the "Motion to Compel"). I held a hearing on the motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel [Doc. # 18] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require complete responses to Interrogatories No. 10, 11, and 13;

• GRANTED to require any supplemental answers the plaintiff may intend to make with respect to Interrogatories No. 18 and 19, if any further responsive information exists;

• GRANTED to require a complete response to Production Request No. 12;

• GRANTED to require further inquiry and a supplemental response to Production Request No. 18 if any responsive documents exist;

DENIED with respect to Production Request No. 27, the defendant having exceeded the maximum number of production requests allowed; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the plaintiff shall serve supplemental discovery responses consistent with this order and in full compliance with the formalities of the Federal Rules of Civil Procedure on or before **May 31, 2010**.

Dated May 20, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge